**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 27, 2026

**BY EMAIL**
The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
White Plains, NY 10606

**Re: *United States v. Armando Solis Barron and Dominic Ahiga*, 26 Cr. 347**

Dear Judge Krause:

The Government respectfully requests that the Court unseal the indictment in this case. On or about August 10, 2026, a grand jury returned the sealed indictment, which charges Armando Solis Barron and Dominic Ahiga for their roles in a wire fraud scheme. Early this morning, Ahiga was arrested by federal authorities in California. Although Solis Barron has not yet been arrested, he is aware that he is wanted by federal authorities as members of the Federal Bureau of Investigation contacted him by phone. Accordingly, the Government respectfully submits that the indictment in this case can now be unsealed.

Respectfully submitted,

JAMES M MCDONALD
United States Attorney

By: /s/________________________
David Markewitz
James McMahon
Assistant United States Attorneys
212-637-2260

**APPLICATION GRANTED.**

Dated: August 27, 2026

**SO ORDERED.**

_________________________________
ANDREW E. KRAUSE
United States Magistrate Judge