USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2026

**U.S. Departm**

*United States*
*Southern Dist*

*50 Main Street, Suite*
*White Plains, New York 10606*

September 14, 2026

**VIA ECF**
The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

MEMO ENDORSED

**Re: *United States v. Armando Solis Barron*, 26 Cr. 347 (NSR)**

Dear Judge Román:

The Government respectfully writes to request that the Court so-order this letter, which seeks the withdrawal of the warrant issued for Armando Solis Barron's arrest on September 14, 2026. As explained in the Government's prior letter, earlier this afternoon, the Government received a notification that the defendant was in Miami and was imminently boarding a cruise slated to depart to the Bahamas. At the Government's request, the Court thereafter issued a warrant for Barron's arrest for violating the terms of his pre-trial release. Shortly after the issuance of that warrant, the Government was notified that Barron was not present on the cruise, and that Barron's pre-trial services officer confirmed that Barron met in-person with pre-trial services on September 14, 2026, at approximately 7:11 PM ET, in the Central District of California. Based on this new information, the Government respectfully requests that the Court withdraw the previously issued warrant for Barron's arrest. The Government understands that the warrant has not been lodged in law enforcement systems.

The Government is available should the Court have any questions.

**Upon the request of the Government, the warrant issued by the Court on September 14, 2026 (ECF No . 13) is deemed vacated.**

**The Clerk of the Court is kindly directed to terminate the motion at ECF No. 11.**

**Dated: September 16, 2026**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/______________________
David A. Markewitz
Assistant United States Attorney

cc: Jason L. Russo, Esq. (by ECF)